No. 92–5845. PACK *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–5849. MINES *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–5852. UZAMERE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–5854. SEXSTONE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–5857. FLANAGAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–5858. COOK *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–5859. LaFRADEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–5868. SUTTON *v.* MARYLAND ET AL. C. A. 4th Cir. Certiorari denied.

No. 92–5873. RAINES *v.* MARYLAND. Ct. App. Md. Certiorari denied.

No. 92–5877. YOUNG *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–5878. BELTON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 92–5884. COUSINO *v.* STENNETT ET AL. C. A. 6th Cir. Certiorari denied.

No. 92–5889. MILES *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–5891. ENCARNACION-GALVEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–5892. RODRIGUEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–5893. PEDEN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.